THE STATE EX REL. EARL, APPELLANT, *v.* MITCHELL, APPELLEE.

[Cite as *State ex rel. Earl v. Mitchell* (1999), 87 Ohio St.3d 259.]

(No. 99–1262—Submitted November 3, 1999—Decided December 1, 1999.)

*Jonathan Earl, pro se.*

*Betty D. Montgomery,* Attorney General, and *Laurence R. Snyder,* Assistant Attorney General, for appellee.

---

***Per Curiam.*** We affirm the judgment of the court of appeals. A claimed violation of R.C. 2945.05 is not the proper subject for habeas corpus relief and may be remedied only in a direct appeal from a criminal conviction. *Jackson v. Rose* (1997), 79 Ohio St.3d 51, 679 N.E.2d 684, 685; *State v. Pless* (1996), 74 Ohio St.3d 333, 658 N.E.2d 766, paragraph two of the syllabus.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.